UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOKESHA HABERSHAM,

                Plaintiff,

-v-

PETSMART LLC and PETSMART, INC.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 3680 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 25, 2024, it is ORDERED that on or before **December 23, 2024**, the parties shall file a joint letter setting forth the status of their settlement discussions and, if their scheduled mediation is unsuccessful, how they intend to proceed with this case. The discovery deadlines in the Amended Case Management Plan (ECF No. 17) remain in effect.

Dated:     New York, New York
             November 25, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**