UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOKESHA HABERSHAM,

                Plaintiff,

-v-                                   CIVIL ACTION NO.: 24 Civ. 3680 (SLC)

                                                      **ORDER**

PETSMART LLC and PETSMART, INC.,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The deadline for the parties to complete expert discovery was December 6, 2024. (ECF No. 17). Accordingly, on or before **December 18, 2024**, the parties shall file a joint letter certifying the completion of expert discovery.

Dated:       New York, New York
               December 16, 2024

                                                   SO ORDERED.

                                                   _/s/ Sarah L. Cave_
                                                   **SARAH L. CAVE**
                                                   **United States Magistrate Judge**